**2006–1619.   Flynn v. Westfield Ins. Co.**

Hamilton App. No. C–050909, 2006-Ohio-3719. Reported at 112 Ohio St.3d 1406, 2006-Ohio-6447, 858 N.E.2d 818. On motion for reconsideration. Motion granted and cross-appeal accepted on Proposition of Law No. I.

PFEIFER and LANZINGER, JJ., dissent.

CUPP, J., not participating.

**2006–1794.   State v. Skipworth.**

Cuyahoga App. No. 80662, 2005-Ohio-882. Reported at 112 Ohio St.3d 1409, 2006-Ohio-6447, 858 N.E.2d 819. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

CUPP, J., not participating.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 8, 2007*

[Cite as *02/08/2007 Case Announcements,* 2007-Ohio-519.]

## DISCIPLINARY CASES